UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                         )<br>)<br>JUSTIN TEAL,                )<br>KARL THOMPSON,              )<br>ABLOLOM WOLDESLASSIE, and   )<br>ROLAND WORRELL              )<br>) | CRIMINAL NO. 04-CR-10112-RGS |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

    Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from October 22, 2004 (the date of a scheduled Status Conference) to and including November 23, 2004 (the date of the Final Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendants, through counsel, assented to this request at the Status Conference on October 22, 2004.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By: */s/ David G. Tobin*
                                   DAVID G. TOBIN
                                   Assistant U.S. Attorney

Dated:  October 22, 2004