```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )
                              )    CRIMINAL NO. 04-10112-RGS
4.   ROLAND WORRELL,          )
                              )
         Defendants.          )
```

DISMISSAL OF INDICTMENT

Now comes the United States of America, by and through the undersigned counsel, and, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the Indictment (Counts One through Three) against Roland Worrell on the grounds that the defendant has pled guilty to and has been sentenced on a Superseding Information (Criminal No. 03-10382-WGY) containing the same charges as well as others and that further prosecution of the charges contained in the aforesaid counts would not serve the

interests of justice.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                          By:   *s/Patrick Hamilton/*
                                PATRICK M. HAMILTON
                                Assistant U.S. Attorney
                                One Courthouse Way
                                Boston, MA 02210
Date:    December 20, 2006      (617) 748-3251


LEAVE TO FILE GRANTED:

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

Date:


## CERTIFICATE OF SERVICE

    I, Patrick M. Hamilton, do hereby certify that a copy of the foregoing has been served this date electronically via the court's ECF system upon Catherine K. Byrne, Esq., Federal Defender's Office, 408 Atlantic Avenue, Boston, MA 02110, counsel of record for defendant Roland Worrell.

Date:    December 20, 2006           _____
                                               Patrick M. Hamilton